UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SYLVIA ANDERSON, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICE DEPOT, INC., a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: C 11-1589 LB<br><br>[~~PROPOSED~~] ORDER<br><br>Hon. Laurel Beeler |

**[~~PROPOSED~~] ORDER**

IT IS HEREBY SO ORDERED that James R. Evans, Jr. (Bar No. 119712) of FULBRIGHT & JAWORSKI L.L.P. is relieved as counsel of record for Defendant Office Depot, Inc., and that Catherine M. Valerio Barrad (Bar No. 168897) of SIDLEY AUSTIN LLP is substituted as counsel of record for Office Depot, Inc.

Dated: April 12, 2011

_____
Hon. Laurel Beeler

*IT IS SO ORDERED*
*Judge Laurel Beeler*